## UNITED STATES DISTRICT COURT
for the

Southern District of ~~Illinois~~ FlORidA

FILED BY _____ D.C.

MAY 19 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA - MIAMI

Clarence D Johnson Jr )
_____ )
_____ )
_____ )
         *Plaintiff* )
         *v.* )
FDA Commissioner )
United nations Biden )
Queen 9lizabeth administrative )
Russell moore )
         *Defendant(s)* )

Case Number: _____

(Clerk's Office will provide)

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

### I.    JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

Federal, International

### II.    PARTIES

**Plaintiff:**

A.   Plaintiff, a citizen of Clarence Johnson (state), who resides at Chicago Ill 3150 N Racene Ave #219 , alleges that his/her

civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.   Defendant Janet Woodcock is employed as
        (a)   (Name of First Defendant)
    FDA Commissioner Biden Administration
        (b)   (Position/Title)

(10/2010)

with _____ *1600 Penn Ave Wash-DC* _____
    (c)    (Employer's Name and Address)

_____ *President* _____

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☐ Yes ☐ No

If your answer is YES, briefly explain: *Human Right violations*

Check one of the following:

☐ This defendant **personally participated** in causing my injury, and I want **money damages**.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Defendant #2:**

C.    Defendant _____ *Stephen Hahn FDA Trump* _____ is employed as
        (Name of Second Defendant)

_____ *Obama Monsanto FDA Director* _____
        (Position/Title)

with _____ *1600 Penn Ave Wash DC 20005* _____
        (Employer's Name and Address)

_____ *President* _____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☑ Yes ☐ No

If you answer is YES, briefly explain:

Check one of the following:

☐ This defendant **personally participated** in causing my injury, and I want **money damages**.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

(10/2010)

V. **REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ _30,000,000_

Punitive damages in the amount of $ _30,000,000_

An ordering requiring defendant(s) to:

_Pay Damages_

A declaration that:

_Human Trafficking United States United nations_

Other:

_Hearing + Thibls_

VI. **JURY DEMAND** (*check one box below*)

Plaintiff ⊘ does or ◯ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: _5/11/2021_  
(date)

_3150 N. Racine # 219_  
Street Address

_Chicago Il 60657_  
City, State, Zip

_Signature of Plaintiff_

_Clarence D Johnson_  
Printed Name

(10/2010)

**Defendant #3:**

D.     Defendant _____Queen Elizabeth_____ is employed as
_____(Name of Third Defendant)_____

_____United nations_____
_____(Position/Title)_____

with _____21246 3t N4 NY  212-963-44X_____
_____(Employer's Name and Address)_____

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed
by the state, local, or federal government? ☑ Yes ☐ No

If you answer is YES, briefly explain:

Check one of the following:

☑   This defendant **personally participated** in causing my injury, and I want
    **money damages**.

☑   The **policy or custom** of this official's government agency violates my
    rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E.     Using the outline set forth above, identify any additional Defendant(s), using
       additional pages, if necessary.

(10/2010)

### III.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in this federal court?
☐ Yes  ☒ No

B.   If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

1.   Parties to previous lawsuits:

Plaintiff(s):

*No*

Defendant(s):

*No*

2.   Case number:

*No*

3.   Name of Judge to whom case was assigned:

*No*

4.   Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):

*No*

## IV.   STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated.  Do not include legal arguments or citations.  If you wish to present legal arguments or citations, file a separate memorandum of law.  If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

Federal + State
FDA
Corruption
Angela Byers FBI
513-421-4310

